IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BOJ OF WNC, LLC, d/b/a Bojangles Famous Chicken N Biscuits, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 122-124 |
| WESTFIELD NATIONAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At a telephone conference held on December 20, 2024, the parties requested all briefing on the pending motions for summary judgment, (doc. nos. 151, 153), be stayed through resolution of the pending motion to compel, (doc. no. 159). The Court concurs and **STAYS** all summary judgment briefing deadlines pending a final ruling on Plaintiff's motion to compel. Moreover, the Court **EXTENDS** the deadlines for briefing on Plaintiff's motion to compel. Defendant's response brief shall be due no later than January 6, 2025. Plaintiff's reply brief, if any, shall be due no later than January 13, 2025.

SO ORDERED this 20th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA