IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BOJ OF WNC, LLC d/b/a BOJANGLES FAMOUS CHICKEN N BISCUITS, | * * * * | |
| Plaintiff, | * * | CV 122-124 |
| v. | * * | |
| WESTFIELD NATIONAL INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 196.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA